1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

10
11
12
13
14
15
16
17

| LAOS CHUMAN, | ) | Case No. CV 09-750-PA (JWJ) |
|---|---|---|
|       Petitioner, | ) | **JUDGMENT** |
|   vs. | ) | |
| JOHN MARSHAL, Warden, | ) | |
|       Respondent. | ) | |

18          IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus
19    is dismissed without prejudice.

20
21    DATED: June 9, 2009

22
23    _____
24                    PERCY ANDERSON
                  United States District Judge
25
26
27
28