JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAOS CHUMAN,<br>　　　　　Petitioner,<br>　　vs.<br>JOHN MARSHALL, Warden,<br>　　　　　Respondent. | Case No. CV 09-750-PA (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

Dated: April 7, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1